ACCEPTED
01-15-00950-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/10/2015 4:48:06 PM
CHRISTOPHER PRINE
CLERK

*December 10, 2015*

**FROM:** Glenn Herbert Johnson

**TO:**  **Christopher A. Prine**
Clerk of the Court
COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS at HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/10/2015 4:48:06 PM

CHRISTOPHER A. PRINE
Clerk

**RE:** Appellate Case No: 01-15-00950-CV / Trial Court Case No.: 2015-00723 / 190th District Court of Harris County

**Mr. Prine:**

On December 8, 2015, I received a Notice from the 1st Court of Appeals which stated that:

> *"The Court may dismiss this appeal for want of jurisdiction unless you file a written response to this notice, providing a detailed explanation, citing relevant portions of the record, statutes, rules, and case law to show that this Court has jurisdiction over the appeal."*

The NOTICE went on to state that:

> *"The clerk's record, however, indicates that the notice of appeal may not have been timely filed. And, filing a motion for new trial, other post-trial motion, or a request for findings of fact and conclusions of law does not extend the time to perfect an accelerated appeal."*

**Mr. Prine;** A check of the Harris County District Clerk's record will also show that:

- On September 21, 2015, I, Glenn Herbert Johnson filed a REQUEST for FINDINGS OF FACT AND CONCLUSIONS OF LAW With Respect To Order Granting LINEBARGER DEFENDANTS' PLEA TO THE JURISDICTION AND SPECIAL EXCEPTIONS TO PLAINTIFF'S ORIGINAL PETITON was timely filed with the 190th Judicial District Court.

- On November 2, 2015, the Honorable Patricia J. Kerrigan signed the ORDER DENYING PLAINTIFF'S 2nd MOTION FOR ORAL REHEARING", of the 190th Judicial District Court's Order, titled, "ORDER ON THE LINEBARGER DEFENDANT'S PLEA TO THE JURISDICTION AND SPECIAL EXCEPTIONS TO PLAINTIFF'S ORIGINAL PETITION".

- The Harris County Clerk of Court failed to give Notice of the Order, signed August 17, 2015, to Plaintiff Glenn Herbert Johnson, **by first class mail**, as required by Rule 306a (3) of the Texas Rules of Civil Procedure.

- As a consequence, of the Harris County Clerk of Court's failure to give Notice of the Order, that had been signed August 17, 2015, to Plaintiff Glenn Herbert Johnson, as **required** by paragraph (**3**) of Rule 306a of the Texas Rules of Civil Procedure, Plaintiff Glenn Herbert Johnson acquired actual knowledge of the order on September 14, 2015.

- Per Rule 306a (4), of the Texas Rules of Civil Procedure, the periods for filing an APPEAL, began on September 14, 2014, the date that Plaintiff Glenn Herbert Johnson acquired actual knowledge of the signing.

**In Summary**, I, Glenn Herbert Johnson, RESPOND to the indication given by the Clerk of Court's record that my Appeal has not been timely filed, by bringing to the attention of the Appellate Court that I, this day, December 10, 2015, filed a **2nd Amended Notice of Appeal**, within 90 days of when I acquired actual knowledge of the Order, signed on August 17, 2014, by **Judge Sharolyn Wood**.

I now ask that the 1st Court of Appeals-Houston allow my Appeal of that Order, to go forward.


Respectfully submitted,

Glenn Herbert Johnson, Plaintiff, *Pro Se*
8926 Daffodil Street
Houston, Texas 77063
**email:** *Prairie_View_Grad@yahoo.com*

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this, **Plaintiff's 2nd Amended Notice of Appeal** was, on this 10th day of December 2015, forwarded to the persons listed below by email transmission:

**dward James Nicholas**
Linebarger Goggan Blair & Sampson, LLP,
4828 Loop Central Drive, Suite 600
Houston, Texas 77081.
Email: *Nick.Nicholas@lgbs.com*
**Counsel for:** Linebarger Goggan Blair & Sampson, LLP,
Emily King Watkins and Anthony Wayne Nims

**Emily King Watkins**
Linebarger Goggan Blair & Sampson, LLP
4828 Loop Central Drive, Suite 600
Houston, Texas 77081.
Email: *Emily.Watkins@lgbs.com*

**Anthony Wayne Nims**
Linebarger Goggan Blair & Sampson LLP
4828 Loop Central Drive, Suite 600
Houston, Texas 77081.
Email: *Tony.Nims@lgbs.com*

**Robert L. Paddock**
Thompson & Kinght, LLP
333 Clay Street, Suite 3300
Houston, Texas 77002
Email: *Robert.Paddock@tklaw.com*

**M. Ali Zakaria**
M. Ali Zakaria & Associates, PC
6161 Savoy Drive, Suite 1000
Houston, Texas 77036
Email: *Ali@Zakarialaw.com*

Certified by:

Glenn Herbert Johnson, Plaintiff, *Pro Se*
8926 Daffodil Street
Houston, Texas 77063
Email: *Prairie_View_Grad@yahoo.com*